| | |
|---|---|
| 1 | Dawn M. Maguire, State Bar #20368<br>Katherine Anderson Sanchez, State Bar #30051 |
| 2 | **ALLEN MAGUIRE & BARNES, PLC**<br>1850 N. Central Ave., Suite 1150 |
| 3 | Phoenix, Arizona 85004<br>Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712<br>Email: dmaguire@ambazlaw.com |
| 5 | ksanchez@ambazlaw.com |
| 6 | Attorneys for Chapter 7 Trustee Constantino Flores |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>GREGORY ALLEN OLSEN and LALI COLETTE BREEN AKA LALI B. OLSEN,<br><br>Debtors. | CHAPTER 7 PROCEEDING<br><br>Case No. 2:13-bk-04866-BKM |
| CONSTANTINO FLORES, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL ZUCKERMAN,<br><br>Defendant. | Adv. No. 2:15-ap-00217-BKM<br><br>**CERTIFICATE OF SERVICE OF ALIAS SUMMONS AND COMPLAINT** |

Dawn M. Maguire, counsel for Chapter 7 Trustee, Constantino Flores, hereby certifies that on June 15, 2015, she served the Alias Summons and Complaint in this matter (a copy of which is on file with the U.S. Bankruptcy Court) upon the Defendant, by placing the Alias Summons and Complaint in a sealed, postage pre-paid envelope addressed to:

Daniel Zuckerman
PO Box 1408
Nevada City, CA 95959

DATED: June 15, 2015

**ALLEN MAGUIRE & BARNES, PLC**

*/s/ DMM 20368*
Dawn M. Maguire
Katherine Anderson Sanchez
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for Plaintiff/Trustee Constantino Flores